ADAM PAUL LAXALT
Attorney General
SUSANNE M. SLIWA
Senior Deputy Attorney General
Nevada Bar No. 4753
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3375
Fax: (702) 486-3871
Email: ssliwa@ag.nv.gov
Attorneys for State of Nevada
Department of Health and Human
Services, Division of Public and
Behavioral Health

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIWLIWA CABERTO, | CASE NO.: 2:18-cv-01034-APG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION REQUESTING CONTINUANCE OF EARLY NEUTRAL EVALUATION** |
| STATE OF NEVADA, ex rel. its DEPARTMENT OF HEALTH AND HUMAN SERVICES PUBLIC AND BEHAVIORAL HEALTH, | |
| Defendants. | |

COMES NOW, Defendant STATE OF NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, PUBLIC and BEHAVIORAL HEALTH by and through their counsel, ADAM PAUL LAXALT, Attorney General through SUSANNE M. SLIWA, Esq., Senior Deputy Attorney General and Plaintiff LIWLIWA CABERTO, by and through her counsel, ANGELA L. LIZADA, Esq. hereby agree and stipulate as follows:

1

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

1. The parties request that this the Settlement Conference that is currently scheduled for August 6, 2018 at 9:30am be continued to one of the following dates:
   Monday August 27, 2018
   Thursday August 30, 2018
   Thursday September 6, 2018
   Friday September 7, 2018
   Monday September 10, 2018
   Thursday September 13, 2018
   Friday September 14, 2018
   Monday September 17, 2018
   Thursday September 20, 2018

2. The parties will participate in the Settlement Conference process in good faith.

Dated this 12th day of July, 2018.                           Dated this 12th day of July, 2018.

LIZADA LAW FIRM, LTD.                                        ADAM P. LAXALT
                                                             Attorney General


By: */s/ Angela L. Lizada*_____                             By: */s/ Susanne M. Sliwa*_____
    ANGELA L. LIZADA, ESQ.                                       SUSANNE M. SLIWA, ESQ.
    Nevada Bar No. 11637                                         Nevada Bar No. 4753
    501 S. 7th St.                                               Senior Deputy Attorney General
    Las Vegas, Nevada 89101                                      State of Nevada,
    *Attorneys for Plaintiff*                                    Office of the Attorney General
                                                                 555 E. Washington Ave, Ste. #3900
                                                                 Las Vegas, NV 89101
                                                                 *Attorneys for Defendants*

## **ORDER**

IT IS SO ORDERED that the Early Neutral Evaluation in this matter will be continued to August 30
_____. ___. 2018.

Dated this __13th__ day of __July_____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

2