# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LIWLIWA CABERTO,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel. its DEPARTMENT OF HEALTH AND HUMAN SERVICES, PUBLIC AND BEHAVIORAL HEALTH,<br><br>        Defendant. | 2:18-cv-01034-APG-CWH<br><br>**ORDER** |

The Court has reviewed the Joint Interim Status Report (ECF NO. 19).

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation Session scheduled for November 1, 2018, is VACATED.

DATED this 23rd day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE