AARON D. FORD
Attorney General
SUSANNE M. SLIWA
Senior Deputy Attorney General
Nevada Bar No. 4753
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3375
Fax: (702) 486-3871
Email: ssliwa@ag.nv.gov
Attorneys for State of Nevada
Department of Health and Human
Services, Division of Public and
Behavioral Health

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIWLIWA CABERTO, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEVADA, ex rel. its DEPARTMENT OF HEALTH AND HUMAN SERVICES PUBLIC AND BEHAVIORAL HEALTH, <br><br> Defendants. | CASE NO.: 2:18-cv-01034-APG-DJA <br><br> STIPULATION AND ORDER FOR EXTENSION OF DEADLINES |

COMES NOW, the Plaintiff, LIWLIWA CABERTO ("CABERTO"), by and through her attorney, ANGELA LIZADA, ESQ., of the LIZADA LAW FIRM, LTD., and Defendant, STATE OF NEVADA, ex rel. DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF PUBLIC AND BEHAVIORAL HEALTH, ("DEFENDANT"), by and through its attorney, SUSSANNE M. SLIWA, ESQ., SENIOR DEPUTY ATTORNEY GENERAL and hereby stipulates and agrees as follows:

1. Plaintiff filed her original Complaint on June 7, 2018. (ECF No. 1) In that Complaint she asserts claims under 42 U.S.C.S. §12112 and NRS 613.330. Defendant filed a Motion to Dismiss on June 26, 2018. (ECF No. 6) Plaintiff filed a Motion for Leave to Amend Complaint on September

24, 2018. (ECF No. 16) This Honorable Court denied Defendant's Motion to Dismiss and Granted Plaintiff's Motion for Leave to Amend Complaint on March 19, 2019. (ECF No. 22)

2. Plaintiff filed her Amended Complaint on April 4, 2019. (ECF No. 24) Defendant filed an Answer to the Amended Complaint on April 22, 2019. (ECF No. 27)

3. Discovery in this matter closed on October 25, 2019. Defendant has served Plaintiff with written discovery. Defendant served Interrogatories on May 14, 2019. Plaintiff submitted Answers to these Interrogatories on June 21, 2019. Defendant served a Second Set of Interrogatories, Requests for Production and Requests for Admission on September 24, 2019. Plaintiff submitted Answers to all of the propounded written discovery on November 1, 2019. No depositions have been scheduled or taken in this case.

4. Neither party in this matter has designated any expert pursuant to FRCP 26(a)(2).

5. The parties wish to extend the deadline for dispositive motion and subsequent deadlines further attempt to resolve this matter. The parties have discussed resolution extensively and attended an Early Neutral Evaluation (ENE) on August 30, 2018.

6. That the parties shall file dispositive motions not later than January 27, 2020.

7. At the ENE, Plaintiff agreed to seek other positions with the State of Nevada and Defendant agreed to provide her with information regarding posted positions that fulfill Plaintiff's specifications. Defendant has provided Plaintiff with such information. To date, Plaintiff has applied for one position and is awaiting the results of that application. The application and hiring processes take time and the parties do not have control over those timeframes. If Plaintiff is hired for another position, this matter can be resolved. Plaintiff is not seeking monetary damages. Throughout this case, the parties have continuously discussed resolution and wish to continue to do so.

8. The pretrial order shall be filed by February 26, 2020 which is not more than thirty days after the date set for filing dispositive motions in this case. This deadline is suspended if dispositive motions are timely filed and, in such case, the deadline for filing the pretrial order shall be 30 days after the decision on said dispositive motions, or by further order of the court. The disclosures required by Fed. R. Civ. P. 26(a)(3) shall be made in the joint pretrial order.

9. This stipulation is not intended to have any effect on this Honorable Court's orderly review and disposition of Plaintiff's Amended Complaint (ECF No. 24) or any other motions that may be filed by either party during the extension period.

| Dated this 21st day of November, 2019. | Dated this 21st day of November, 2019. |
|---|---|
| **Lizada Law Firm, Ltd.** | **Aaron D. Ford**<br>**Attorney General** |
| */s/ Angela J. Lizada* | */s/ Susanne M. Sliwa* |
| Angela J. Lizada, Esq.<br>Nevada Bar No.11637<br>711 S. Ninth Street<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | Susanne M. Sliwa, Esq.<br>Nevada Bar No. 4753<br>555 E. Washington Ave. Suite 3900<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

**ORDER**

The Court having reviewed the foregoing STIPULATION AND ORDER FOR EXTENSION OF DEADLINES in the above-entitled matter and for good cause appearing therefore,

**IT IS SO ORDERED** that the extension of the dispositive motion deadline to February 26, 2020 is granted.

**IT IS SO ORDERED** The parties' stipulation is not intended to have any effect on the Court's orderly review and disposition of Plaintiff's Amended Complaint (ECF No. 24) or any other motions that may be filed by either party during the extension period.

Dated this 25th day of November, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge

Respectfully submitted by:

AARON D. FORD
Attorney General

By: */s/ Susanne M. Sliwa*
SUSANNE M. SLIWA
Senior Deputy Attorney General
Nevada Bar No. 4753
Office of the Attorney General
555 East Washington Ave, Suite 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3375
Fax: (702) 486-3871
Email: ssliwa@ag.nv.gov
Attorneys for Defendant